

# Fourth Court of Appeals
## San Antonio, Texas

September 11, 2019

No. 04-19-00083-CR

Mario Angel **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2017CRB001360-D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Cynthia M. Perez Lenz is one of the court reporter's responsible for filing part of the reporter's record in this appeal. The reporter's record was originally due on **March 19, 2019**. On May 7, 2019, we granted Ms. Lenz's request for an extension of time to file her part of the reporter's record to June 10, 2019. On July 1, 2019, we granted Ms. Lenz's second request for an extension of time to file her part of the reporter's record to July 22, 2019. We warned Ms. Lenz that no further extensions of time would be granted absent extenuating circumstances. On July 31, 2019, we granted Ms. Lenz's third request for an extension of time to file her part of the reporter's record to August 22, 2019. Again, we warned Ms. Lenz that no further extensions of time would be granted. On August 29, 2019, and September 3, 2019, Ms. Lenz filed a fourth and a fifth request for an extension of time to file her part of the reporter's record. Ms. Lenz's fifth request requested an extension of time to September 8, 2019.

To date, Ms. Lenz has wholly failed to file her part of the reporter's record.

**Therefore, we ORDER CYNTHIA M. PEREZ LENZ to file her part of the reporter's record in Appeal No. 04-19-00083-CR on or before** <u>Monday, September 23, 2019</u>**. NO EXTENSIONS WILL BE GRANTED. If Ms. Lenz fails to file the reporter's record in Appeal No. 04-19-00083-CR as ordered, Ms. Lenz may be ordered to appear and show cause why she should not be held in civil or criminal contempt or otherwise sanctioned.** *See* **TEX. R. APP. P. 35.3(c), 37.3(a).**

We also ORDER the Clerk of this Court to mail a copy of this order to the trial judge, the Honorable Jose A. Lopez. *See* TEX. R. APP. P. 35.3(c) ("The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.").

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of September, 2019.

_____
Keith E. Hottle,
Clerk of Court